# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MAREVKA, ADAM J | § | Case No. 12-41373 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on          . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_, for a total compensation of $\_\_\_\_ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/MICHAEL G. BERLAND_____
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-41373 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | MAREVKA, ADAM J | | | Date Filed (f) or Converted (c): | 10/18/12 (f) |
| | | | | 341(a) Meeting Date: | 11/26/12 |
| For Period Ending: | 02/02/15 | | | Claims Bar Date: | 11/27/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Mumark Credit Union | 25.00 | 0.00 | | 0.00 | FA |
| 2. Savings Numark Credit Union | 5.00 | 0.00 | | 0.00 | FA |
| 3. Furniture | 1,200.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5. 50% interest in DuPage industrial Fasteners | 0.00 | 0.00 | | 0.00 | FA |
| Check recieved for $12,500 includes any value for interest in this corpporation, which is listed as 0 on schedules | | | | | |
| 6. DuPage Industrial Fasteners Note to Debtor | 23,500.00 | 8,000.00 | | 12,500.00 | FA |
| Any settlement received by the Trustee would be reduecd by any taxes which would be required to be paid and payment of the exemtpion. The amount of such taxes canot be deterrmined at this time. | | | | | |
| 7. 2002 Mazda | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. 2008 Chevy Tahoe | 25,000.00 | 0.00 | | 0.00 | FA |
| 9. 2007 dodge Ram business vehcile | 15,000.00 | 0.00 | | 0.00 | FA |
| 10. 2002 tracker fishing boat | 1,500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $68,730.00    $8,000.00        $12,500.00    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The trustee filed a Motion to compromise his interest in a note due the debtor, which was approved. The trustee employed an accountant to prepare tax returns

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 12/31/15

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                          Ver: 18.03a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | |
|---|---|
| Case No: | 12-41373    BL    Judge: Bruce W. Black |
| Case Name: | MAREVKA, ADAM J |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 10/18/12 (f) |
| 341(a) Meeting Date: | 11/26/12 |
| Claims Bar Date: | 11/27/13 |

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-41373 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | MAREVKA, ADAM J | Bank Name: | Bank of Kansas City |
| | | Account Number / CD #: | *******0037 Checking Account |
| Taxpayer ID No: | *******4579 | | |
| For Period Ending: | 02/02/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/20/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 9,416.92 | | 9,416.92 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 9,416.92 | 0.00 | 9,416.92 |
| Less: Bank Transfers/CD's | 9,416.92 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals 9,416.92 0.00

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-41373 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | MAREVKA, ADAM J | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0127 Checking Account |
| Taxpayer ID No: | *******4579 | | | |
| For Period Ending: | 02/02/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/14/14 | 6 | Huck Bouma P.C. | Payment settlement court order | 1121-000 | 12,500.00 | | 12,500.00 |
| 02/06/14 | 001001 | Adam Marevka | Payment exemption per court order | 8100-000 | | 2,500.00 | 10,000.00 |
| 02/06/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,990.00 |
| 03/05/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 10.35 | 9,979.65 |
| 04/07/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 10.60 | 9,969.05 |
| 05/08/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 10.24 | 9,958.81 |
| 06/04/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 10.58 | 9,948.23 |
| 07/03/14 | | Congressinal Bank | BANK SERVICE FEE | 2600-000 | | 10.22 | 9,938.01 |
| 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.55 | 9,927.46 |
| 09/04/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 10.54 | 9,916.92 |
| 09/29/14 | 001002 | Gloria Longest | Paymentof accountant per court order | 3410-000 | | 500.00 | 9,416.92 |
| * 10/03/14 | | Congressional Bank | BANK SERVICE FEE | 2600-003 | | 10.19 | 9,406.73 |
| * 10/17/14 | | Reverses Adjustment OUT on 10/03/14 | BANK SERVICE FEE | 2600-003 | | -10.19 | 9,416.92 |
| 10/20/14 | | Trsf To Bank of Kansas City | FINAL TRANSFER | 9999-000 | | 9,416.92 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 12,500.00 | 12,500.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 9,416.92 | |
| Subtotal | | 12,500.00 | 3,083.08 | |
| Less: Payments to Debtors | | | 2,500.00 | |
| Net | | 12,500.00 | 583.08 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0037 | 0.00 | 0.00 | 9,416.92 |
| Checking Account - ********0127 | 12,500.00 | 583.08 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 12,500.00 | 583.08 | 9,416.92 |
| | ============= | ============= | ============= |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals    12,500.00    12,500.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 12-41373 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | MAREVKA, ADAM J | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0127  Checking Account |
| Taxpayer ID No: | *******4579 | | | |
| For Period Ending: | 02/02/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********0037 | | Transfers) | To Debtors) | On Hand |
| | | | Checking Account - ********0127 | | | | |

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 02, 2015 |
|---|---|---|---|---|---|---|

Case Number: 12-41373  
Debtor Name: MAREVKA, ADAM J

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12<br>001<br>3410-00 | Gloria Longest | Administrative | | $500.00 | $500.00 | $0.00 |
| 000001<br>070<br>7100-00 | Rhonda Barranco<br>Lawrence A. Stein, Huck Bouma PC<br>1755 S. Naperville Road, Suite 200<br>Wheaton, IL 60189 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000002<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $5,068.76 | $0.00 | $5,068.76 |
| 000003<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $984.38 | $0.00 | $984.38 |
| 000004<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $5,527.02 | $0.00 | $5,527.02 |
| 000005A<br>070<br>7100-00 | Personal Finance Company, LLC<br>31 Meadowview Center<br>Kankakee, IL 60901 | Unsecured | | $2,540.59 | $0.00 | $2,540.59 |
| 000007<br>070<br>7100-00 | Capital One, N.A.<br>Becket and Lee LLP<br>Attorneys/Agent For Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $381.23 | $0.00 | $381.23 |
| 000008<br>070<br>7100-00 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Unsecured | | $480.54 | $0.00 | $480.54 |
| 000009<br>070<br>7100-90 | Portfolio Recovery Associates, LLC<br>successor to US BANK NATIONAL<br>ASSOCIATIO<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $7,965.99 | $0.00 | $7,965.99 |
| 000010<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,623.97 | $0.00 | $1,623.97 |
| 000011<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120 | Unsecured | | $112.98 | $0.00 | $112.98 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 02, 2015 |

Case Number: 12-41373  
Debtor Name: MAREVKA, ADAM J  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Miami FL 33131-1605 | | | | | |
| 13 999 8100-00 | Adam Marevka | Unsecured | | $500.00 | $500.00 | $0.00 |
| 000006 050 4110-00 | On Deck Capital<br>901 N Stuart St # 700<br>Arlington, VA 22203 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $25,685.46 | $1,000.00 | $24,685.46 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-41373
Case Name: MAREVKA, ADAM J
Trustee Name: MICHAEL G. BERLAND

Balance on hand                                                                      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ | $ | $ |
| Accountant for Trustee Fees: Gloria Longest | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                                                 $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000003 | Discover Bank | $ | $ | $ |
| 000004 | Discover Bank | $ | $ | $ |
| 000005A | Personal Finance Company, LLC | $ | $ | $ |
| 000007 | Capital One, N.A. | $ | $ | $ |
| 000008 | WORLD'S FOREMOST BANK | $ | $ | $ |
| 000009 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000010 | Capital Recovery V, LLC | $ | $ | $ |
| 000011 | Capital Recovery V, LLC | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be         percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE