UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| MAREVKA, ADAM J | § | Case No. 12-41373 BL |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

         CLERK OF THE COURT
         219 S. Dearborn
         Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 04/10/2015 in Courtroom ,
         Joliet City Hall
         150 West Jefferson,2nd floor, Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/20/2015                      By: /s/ Michael G. Berland
                                                                                    Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MAREVKA, ADAM J § Case No. 12-41373 BL
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,500.00 |
| and approved disbursements of | $ | 3,083.08 |
| leaving a balance on hand of[1] | $ | 9,416.92 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Accountant for Trustee Fees: Gloria Longest | $ 500.00 | $ 500.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,750.00 |
| Remaining Balance | | $ | 7,666.92 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,685.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Quantum3 Group LLC as agent for | $ 5,068.76 | $ 0.00 | $ 1,574.28 |
| 000003 | Discover Bank | $ 984.38 | $ 0.00 | $ 305.73 |
| 000004 | Discover Bank | $ 5,527.02 | $ 0.00 | $ 1,716.61 |
| 000005A | Personal Finance Company, LLC | $ 2,540.59 | $ 0.00 | $ 789.07 |
| 000007 | Capital One, N.A. | $ 381.23 | $ 0.00 | $ 118.40 |
| 000008 | WORLD'S FOREMOST BANK | $ 480.54 | $ 0.00 | $ 149.25 |
| 000009 | Portfolio Recovery Associates, LLC | $ 7,965.99 | $ 0.00 | $ 2,474.11 |
| 000010 | Capital Recovery V, LLC | $ 1,623.97 | $ 0.00 | $ 504.38 |
| 000011 | Capital Recovery V, LLC | $ 112.98 | $ 0.00 | $ 35.09 |

Total to be paid to timely general unsecured creditors $ 7,666.92

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                             United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                            Case No. 12-41373-BWB
Adam J Marevka                                                    Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: driddick              Page 1 of 2           Date Rcvd: Feb 23, 2015
                              Form ID: pdf006             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2015.
db            +Adam J Marevka,    522 Division Street,    Peotone, IL 60468-9403
19582287      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
19582288      +Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
19582289      +Bill Me Later,    P.O. Box 105658,    Atlanta, GA 30348-5658
19582290      +Cabelas Visa Center,    P.O. Box 82608,    Lincoln, NE 68501-2608
21070235       Capital One, N.A.,    Becket and Lee LLP,    Attorneys/Agent For Creditor,    POB 3001,
                Malvern, PA 19355-0701
19582291       Chase Cardmember Service,    PO Box 15298,    Wilmington, DE 19850-5298
19582292      +CitiCards,   PO Box 6500,    Sioux Falls, SD 57117-6500
19582294      +Dupage Industrial Fasteners,    572 West Taylor Rd.,    Romeoville, IL 60446-4611
19582295      +Dupage Industrial Fastners Inc.,    572 West Taylor Rd.,    Romeoville, IL 60446-4611
19808076       First American Properties,    1731 N. Marcey St.,    #520,    Chicago, IL 60614-7048
19582297       HSBC,   PO Box 5893,    Carol Stream, IL 60197-5893
19582300       JB Robinson,    Sterling Jewelers Inc.,    P.O. Box 1799,    Akron, OH 44309-1799
19582302      +Jean C. Francissen,    1755 S. Naperville Road, Suite 200,    Wheaton, IL 60189-5844
19582304      +On Deck Capital,    901 N Stuart St # 700,    Arlington, VA 22203-4129
21199949      ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,
                 successor to US BANK NATIONAL ASSOCIATIO,    POB 41067,    Norfolk VA 23541)
19582305      +Personal Finance Company, LLC,    31 Meadowview Center,    Kankakee, IL 60901-2079
19582306      #+Quicker Products Inc.,    2503 Spring Ridge Drive,    Unit C,    Spring Grove, IL 60081-7807
19582307      +Rhonda Barranco,    Lawrence A. Stein, Huck Bouma PC,    1755 S. Naperville Road, Suite 200,
                Wheaton, IL 60189-5844
19582308      +SoDell Procurement,    5419 Bull Valley Road,    McHenry, IL 60050-7410
19582309      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   US Bank,    Cardmember Service,    P.O. Box 6352,
                 Fargo, ND 58125-6352)
19582310       WFNNB,    Bankruptcy Dept.,    PO Box 182125,    Columbus, OH 43218-2125
21190165       WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19582285       E-mail/Text: ally@ebn.phinsolutions.com Feb 24 2015 01:58:36      Ally Financial,
                Payment Processing Center,    PO Box 9001951,    Louisville, KY 40290-1951
19582286       E-mail/Text: ally@ebn.phinsolutions.com Feb 24 2015 01:58:36      Ally Financial,
                P.O. Box 380901,    Minneapolis, MN 55438-0901
21257622       E-mail/PDF: rmscedi@recoverycorp.com Feb 24 2015 01:56:35       Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19582293       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 24 2015 01:56:26       Discover,   PO Box 30943,
                Salt Lake City, UT 84130
20936192       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 24 2015 01:56:26       Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
19582296      +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2015 01:56:32       GE Capital Retail Bank,
                P.O. Box 103104,    Roswell, GA 30076-9104
19582301       E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2015 01:56:31       JC Penney,   P.O. Box 960001,
                Orlando, FL 32896-0001
19582303       E-mail/Text: bnckohlsnotices@becket-lee.com Feb 24 2015 01:58:47       Kohl's Payment Center,
                P.O. Box 2983,    Milwaukee, WI 53201-2983
20936057       E-mail/Text: bnc-quantum@quantum3group.com Feb 24 2015 01:59:24
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19582298       Indurstrial Fastners Inc.
19582299       Industrial Fastners Inc.
                                                                                 TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: driddick              Page 2 of 2               Date Rcvd: Feb 23, 2015
                              Form ID: pdf006             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2015                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2015 at the address(es) listed below:
              Jean C Francissen    on behalf of Creditor Rhonda A Barranco jfrancissen@huckbouma.com,
               lkoster@huckbouma.com
              Lawrence A. Stein    on behalf of Creditor Rhonda A Barranco lstein@huckbouma.com,
               lkoster@huckbouma.com
              Michael G Berland    on behalf of Trustee Michael G Berland einstein829@earthlink.net,
               IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Michael G Berland    einstein829@earthlink.net,    IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Patrick A Meszaros    on behalf of Debtor Adam J Marevka patrickmeszaros@yahoo.com
              Patrick A Meszaros    on behalf of Creditor    Ally Financial Inc F/K/A GMAC Inc
               patrickmeszaros@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 7
```