# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                        §
                                              §
MAREVKA, ADAM J                               §        Case No. 12-41373
                                              §
            Debtor(s)                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                             Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:             Claims Discharged
                                              Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on               .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/MICHAEL G. BERLAND _____
                                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Adam Marevka | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial P.O. Box 380901 Minneapolis, MN 55438-0901 | | | | | |
| | Ally Financial Payment Processing Center PO Box 9001951 Louisville, KY 40290-1951 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | ON DECK CAPITAL | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| CONGRESSINAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| LONGEST, GLORIA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 851001 Dallas, TX 75285 | | | | | |
| | Bank of America PO Box 982235 El Paso, TX 79998-2235 | | | | | |
| | Bill Me Later P.O. Box 105658 Atlanta, GA 30348 | | | | | |
| | Cabelas Visa Center P.O. Box 82608 Lincoln, NE 68501 | | | | | |
| | Chase Cardmember Service PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | CitiCards PO Box 6500 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GE Capital Retail Bank P.O. Box 103104 Roswell, GA 30076 | | | | | |
| | HSBC PO Box 5893 Carol Stream, IL 60197-5893 | | | | | |
| | JB Robinson Sterling Jewelers Inc. P.O. Box 1799 Akron, OH 44309-1799 | | | | | |
| | JC Penney P.O. Box 960001 Orlando, FL 32896-0001 | | | | | |
| | Jean C. Francissen 1755 S. Naperville Road, Suite 200 Wheaton, IL 60189 | | | | | |
| | Kohl's Payment Center P.O. Box 2983 Milwaukee, WI 53201-2983 | | | | | |
| | On Deck Capital 4600 Fairfax Drive Suite 800 Arlington, VA 22203 | | | | | |
| | Quicker Products Inc. 2503 Spring Ridge Drive Unit C Spring Grove, IL 60081 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SoDell Procurement 5419 Bull Valley Road McHenry, IL 60050 | | | | | |
| | US Bank Cardmember Service P.O. Box 6352 Fargo, ND 58125-6352 | | | | | |
| | WFNNB Bankruptcy Dept. PO Box 182125 Columbus, OH 43218-2125 | | | | | |
| 000007 | CAPITAL ONE, N.A. | | | | | |
| 000010 | CAPITAL RECOVERY V, LLC | | | | | |
| 000011 | CAPITAL RECOVERY V, LLC | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000004 | DISCOVER BANK | | | | | |
| 000005A | PERSONAL FINANCE COMPANY, LLC | | | | | |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000001 | RHONDA BARRANCO | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | WORLD'S FOREMOST BANK | | | | | |
| 000009 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    1

Exhibit 8

| Case No: | 12-41373 | BL | Judge: Bruce W. Black |
|---|---|---|---|
| Case Name: | MAREVKA, ADAM J | | |

For Period Ending:  05/12/15

| Trustee Name: | MICHAEL G. BERLAND |
|---|---|
| Date Filed (f) or Converted (c): | 10/18/12 (f) |
| 341(a) Meeting Date: | 11/26/12 |
| Claims Bar Date: | 11/27/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Mumark Credit Union | 25.00 | 0.00 | | 0.00 | FA |
| 2. Savings Numark Credit Union | 5.00 | 0.00 | | 0.00 | FA |
| 3. Furniture | 1,200.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5. 50% interest in DuPage industrial Fasteners | 0.00 | 0.00 | | 0.00 | FA |
| Check recieved for $12,500 includes any value for interest in this corporation, which is listed as 0 on schedules | | | | | |
| 6. DuPage Industrial Fasteners Note to Debtor | 23,500.00 | 8,000.00 | | 12,500.00 | FA |
| Any settlement received by the Trustee would be reduced by any taxes which would be required to be paid and payment of the exemtpion. The amount of such taxes canot be determined at this time. | | | | | |
| 7. 2002 Mazda | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. 2008 Chevy Tahoe | 25,000.00 | 0.00 | | 0.00 | FA |
| 9. 2007 dodge Ram business vehcile | 15,000.00 | 0.00 | | 0.00 | FA |
| 10. 2002 tracker fishing boat | 1,500.00 | 0.00 | | 0.00 | FA |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $68,730.00 | $8,000.00 | | $12,500.00 | $0.00 |
|  | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The trustee filed a Motion to compromise his interest in a  note due the debtor, which was approved. The trustee

employed an accountant to prepare tax returns

Initial Projected Date of Final Report (TFR): 12/31/15        Current Projected Date of Final Report (TFR): 12/31/15

Ver: 18.03a

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 12-41373 BL Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | MAREVKA, ADAM J | | Date Filed (f) or Converted (c): | 10/18/12 (f) |
| | | | 341(a) Meeting Date: | 11/26/12 |
| | | | Claims Bar Date: | 11/27/13 |

FORM 2   Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-41373 -BL |
| Case Name: | MAREVKA, ADAM J |
| Taxpayer ID No: | *******4579 |
| For Period Ending: | 05/12/15 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Bank of Kansas City |
| Account Number / CD #: | *******0037  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/20/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 9,416.92 | | 9,416.92 |
| 04/14/15 | 005001 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 1,750.00 | 7,666.92 |
| 04/14/15 | 005002 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000002, Payment 31.05848% | 7100-000 | | 1,574.28 | 6,092.64 |
| 04/14/15 | 005003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000003, Payment 31.05813% | 7100-000 | | 305.73 | 5,786.91 |
| 04/14/15 | 005004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000004, Payment 31.05851% | 7100-000 | | 1,716.61 | 4,070.30 |
| 04/14/15 | 005005 | Personal Finance Company, LLC<br>31 Meadowview Center<br>Kankakee, IL 60901 | Claim 000005A, Payment 31.05853% | 7100-000 | | 789.07 | 3,281.23 |
| 04/14/15 | 005006 | Capital One, N.A.<br>Becket and Lee LLP<br>Attorneys/Agent For Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 31.05737% | 7100-000 | | 118.40 | 3,162.83 |
| 04/14/15 | 005007 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Claim 000008, Payment 31.05881% | 7100-000 | | 149.25 | 3,013.58 |

Page Subtotals   9,416.92   6,403.34

Ver: 18.03a

FORM 2                                                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-41373 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | MAREVKA, ADAM J | | Bank Name: | Bank of Kansas City |
| | | | Account Number / CD #: | *******0037  Checking Account |
| Taxpayer ID No: | *******4579 | | | |
| For Period Ending: | 05/12/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/14/15 | 005008 | Portfolio Recovery Associates, LLC<br>successor to US BANK NATIONAL ASSOCIATIO<br>POB 41067<br>Norfolk VA 23541 | Claim 000009, Payment 31.05841% | 7100-900 | | 2,474.11 | 539.47 |
| 04/14/15 | 005009 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000010, Payment 31.05846% | 7100-000 | | 504.38 | 35.09 |
| 04/14/15 | 005010 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000011, Payment 31.05859% | 7100-000 | | 35.09 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 9,416.92 | 9,416.92 | 0.00 |
| Less: Bank Transfers/CD's | 9,416.92 | 0.00 | |
| Subtotal | 0.00 | 9,416.92 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 9,416.92 | |

Page Subtotals                                      0.00              3,013.58

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-41373 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | MAREVKA, ADAM J | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0127 Checking Account |
| Taxpayer ID No: | *******4579 | | |
| For Period Ending: | 05/12/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/14/14 | 6 | Huck Bouma P.C. | Payment settlement court order | 1121-000 | 12,500.00 | | 12,500.00 |
| 02/06/14 | 001001 | Adam Marevka | Payment exemption per court order | 8100-000 | | 2,500.00 | 10,000.00 |
| 02/06/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,990.00 |
| 03/05/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 10.35 | 9,979.65 |
| 04/07/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 10.60 | 9,969.05 |
| 05/08/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 10.24 | 9,958.81 |
| 06/04/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 10.58 | 9,948.23 |
| 07/03/14 | | Congressinal Bank | BANK SERVICE FEE | 2600-000 | | 10.22 | 9,938.01 |
| 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.55 | 9,927.46 |
| 09/04/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 10.54 | 9,916.92 |
| 09/29/14 | 001002 | Gloria Longest | Paymentof accountant per court order | 3410-000 | | 500.00 | 9,416.92 |
| * 10/03/14 | | Congressional Bank | BANK SERVICE FEE | 2600-003 | | 10.19 | 9,406.73 |
| * 10/17/14 | | Reverses Adjustment OUT on 10/03/14 | BANK SERVICE FEE | 2600-003 | | -10.19 | 9,416.92 |
| 10/20/14 | | Trsf To Bank of Kansas City | FINAL TRANSFER | 9999-000 | | 9,416.92 | 0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 12,500.00 | 12,500.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 9,416.92 | |
| Subtotal | 12,500.00 | 3,083.08 | |
| Less: Payments to Debtors | | 2,500.00 | |
| Net | 12,500.00 | 583.08 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******0037 | 0.00 | 9,416.92 | 0.00 |
| Checking Account - *******0127 | 12,500.00 | 583.08 | 0.00 |
| | 12,500.00 | 10,000.00 | 0.00 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals 12,500.00 12,500.00

Ver: 18.03a

FORM 2                                                                                                      Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                          Exhibit 9

| Case No: | 12-41373  -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | MAREVKA, ADAM J | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0127  Checking Account |
| Taxpayer ID No: | *******4579 | | |
| For Period Ending: | 05/12/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********0037 | | Transfers) | To Debtors) | On Hand |
| | | | Checking Account - ********0127 | | | | |

|  | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|

Ver: 18.03a